TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00722-CR







Martin Franco, Jr., Appellant




v.




The State of Texas, Appellee







FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT


NO. 4357, HONORABLE CLAYTON E. EVANS, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



Martin Franco, Jr., was convicted of aggravated robbery in May 1992. On November
20, 2003, he filed what he styled his "late notice of appeal." Clearly, the notice of appeal is too late. 
See Tex. R. App. P. 26.2(a). If Franco believes that he is entitled to an out-of-time appeal, he must
pursue that remedy by means of a post-conviction habeas corpus proceeding. See Tex. Code Crim.
Proc. Ann. art. 11.07 (West Supp. 2004). We lack jurisdiction to dispose of the purported appeal
in any manner other than by dismissing it for want of jurisdiction. See Slaton v. State, 981 S.W.2d
208 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).


The appeal is dismissed.



 __________________________________________

 Jan P. Patterson, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed for Want of Jurisdiction

Filed: January 8, 2004

Do Not Publish